NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRELL T. CRAWFORD,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3037

---

Petition for review of the Merit Systems Protection Board in case no. NY4324090336-X-1.

---

ON MOTION

---

ORDER

The Department of the Army moves for extensions of time, until September 4, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

SEP 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven L. Herrick, Esq.
Hillary Stern, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 5 2012

JAN HORBALY
CLERK